IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01105-REB-MJW

EDWARD H. PHILLIPS, an individual,

Plaintiff,

v.

DUANE MORRIS, LLP, a limited liability partnership,
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP, and
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Second Joint Motion to Modify Paragraph 8(d) of the Civil Scheduling Order (Docket No. 30) is GRANTED. The Scheduling Order (Docket No. 22) is amended so as to modify the date in Paragraph 8(d) to be September 16, 2013.

Date: August 20, 2013