IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01105-REB-MJW

EDWARD H. PHILLIPS, an individual,

Plaintiff,

v.

DUANE MORRIS, LLP, a limited liability partnership,
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP, and
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Unopposed Motion to Modify Paragraphs 9(d)(3) and (4) of the Civil Scheduling Order (Docket No. 33) is GRANTED. The Scheduling Order (Docket No. 22) is amended so that paragraphs 9(d)(3) and (4) shall read as follows:

(3) The parties propose to designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) no later than three business days following Duane Morris' completion of the deposition of Edward Phillips, or by December 31, 2013, whichever occurs first.

(4) The parties propose to designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) no later than 30 days following the date of the designation and submission set forth in sub-paragraph (3), above.

Date: November 18, 2013