IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01105-REB-MJW

EDWARD H. PHILLIPS, an individual,

Plaintiff,

v.

DUANE MORRIS, LLP, a limited liability partnership,
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP, and
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's Unopposed Motion to Modify Paragraphs 9(b), 9(c), 9(d)(3) and 9(d)(4) of the Civil Scheduling Order (Docket No. 36) is GRANTED. The following paragraphs of the Scheduling Order (Docket No. 22) are amended as shown below:

9(b) Discovery Cut-off: The discovery cut-off date shall be March 14, 2014, with all discovery to be served or scheduled to be completed by that date.

9(c) Dispositive Motion Deadline: The dispositive motion deadline shall be March 24, 2014.

9(d) Expert Witness Disclosure:

(3) The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 21, 2014.

(4) The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 24, 2014.

Date: January 2, 2014