IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01105-REB-MJW

EDWARD H. PHILLIPS, an individual,

Plaintiff,

v.

DUANE MORRIS, LLP, a limited liability partnership,
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP, and
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Modify Scheduling Order and Trial Preparation Conference Order (Docket No. 39) is GRANTED. The Scheduling Order (Docket No. 22) is amended as follows: (1) the deadline for affirmative expert disclosures is amended to February 7, 2014; and (2) the deadline for rebuttal expert disclosures is amended to February 28, 2014.

     It is FURTHER ORDERED that the Trial Preparation Conference Order (Docket No. 21) is amended to extend the deadline for Fed. R. Evid. 702 motions to March 24, 2014

Date: January 16, 2014