IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01105-REB-MJW

EDWARD H. PHILLIPS, an individual,

Plaintiff,

v.

DUANE MORRIS, LLP, a limited liability partnership,
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP, and
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Second Motion to Modify Paragraph 9(b) of the Civil Scheduling Order (Docket No. 42) is GRANTED. The Scheduling Order (Docket No. 22) is amended to modify paragraph 9(b) as follows: Discovery Cut-off: The discovery cut-off date shall be April 7, 2014, with all discovery to be served or scheduled to be completed by that date.

Date: February 21, 2014