IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01105-REB-MJW

EDWARD H. PHILLIPS, an individual,

Plaintiff,

v.

DUANE MORRIS, LLP, a limited liability partnership,
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP, and
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Modify Paragraph 8(c) of the Civil Scheduling Order (docket no. 45) is GRANTED IN PART AND DENIED IN PART.

The subject motion is GRANTED as to expanding the requests for admissions to 64 per side, but not 150 per side, finding good cause shown.  The court will allow a total of 64 requests for admissions [32 requests for admissions of genuineness and 32 requests for admission of authenticity] per side.  Paragraph 8(c) in the Rule 16 Scheduling Order (docket no. 17) is amended consistent with this minute order.

It should be noted that in Judge Blackburn's civil practice standards under section III. COURTROOM PROCEDURES, paragraph B., Exhibits sub-paragraph 2. a., *in essence*, requires the parties to meet, confer and provide to Judge Blackbrun "[E]xhibits to which the parties have **stipulated** shall be listed first with the 'stipulated' box checked."  The remainder of the subject motion (docket no. 45) is DENIED.

Date: March 17, 2014