**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01105-REB-MJW

EDWARD H. PHILLIPS, an individual,

    Plaintiff,

v.

DUANE MORRIS, LLP, a limited liability partnership,
JOHN C. HERMAN, individually and as partner of Duane Morris, LLP, and
ALLEN C. GREENBERG, individually and as a partner of Duane Morris, LLP,

    Defendants.

---

### MINUTE ORDER[1]

---

The matter is before the court on the **Joint Motion to Modify Trial Preparation Conference Order** [#50][2] filed March 20, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Modify Trial Preparation Conference Order** [#50] filed March 20, 2014, is **GRANTED**;

2. That the deadline for the filing of Fed. R. Evid. 702 motions **SHALL BE AMENDED** to **April 25, 2014**;

3. That responses **SHALL BE FILED** by **May 5, 2014**;

4. That replies **SHALL BE FILED** by **May 12, 2014**; and

5. The court's **Trial Preparation Conference Order** [#21] entered June 17,

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#50]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2013, is amended accordingly to the limited extent necessary to facilitate and implement this order.

      Dated:  March 20, 2014