**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01105-REB-MJW

EDWARD H. PHILLIPS, an individual,

     Plaintiff,

v.

DUANE MORRIS, LLP, a limited liability partnership,
JOHN C. HERMAN, individually and as partner of Duane Morris, LLP, and
ALLEN C. GREENBERG, individually and as a partner of Duane Morris, LLP,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter is before the court on **Joint Second Motion to Modify Certain Pretrial Deadlines** [#76][2] filed May 26, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Joint Second Motion to Modify Certain Pretrial Deadlines** [#76] filed May 26, 2014, is **GRANTED**;

     2. That the parties shall have until **May 27, 2014**, in which to submit proposed jury instructions, briefs relating to disputed jury instructions, proposed verdict forms, and a stipulated statement of claims and defenses in compliance with REB Civ. Practice Standard V.C.4; and

     3. That the **Joint Motion to Modify Certain Pretrial Deadlines** [#71] filed May 15, 2014, is **DENIED** as moot.

     Dated: May 27, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#76]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.