# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01105-REB-MJW

EDWARD H. PHILLIPS, an individual.

    Plaintiff,

v.

DUANE MORRIS, LLP, a limited liability partnership,
JOHN C. HERMAN, individually and as a partner of Duane Morris, LLP, and
ALLEN L. GREENBERG, individually and as a partner of Duane Morris, LLP,

    Defendants.

## FINAL JUDGMENT

This action was tried before a jury of nine duly sworn to try the issues herein with United States District Judge Robert E. Blackburn presiding, and the jury has rendered a verdict. In accordance with the verdict of the jury and the orders filed during the pendency of this case and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

On June 27, 2014, the jury found in favor of the defendants on all plaintiff's claims, including plaintiff's claims for (1) legal malpractice relating to the loss of the benefit of a four million dollar settlement; (2) legal malpractice relating to the attorney fee plaintiff paid to Duane Morris, LLP; (3) breach of fiduciary duty; (4) fraudulent misrepresentation; (5) fraudulent concealment; and (6) negligent misrepresentation.

**THEREFORE, IT IS ORDERED** as follows:

1. That judgment is **ENTERED** for the defendants, DUANE MORRIS, LLP, JOHN C. HERMAN, and ALLEN C. GREENBERG, against the plaintiff, EDWARD H. PHILLIPS,

on all plaintiff's claims, including plaintiff's claims for (1) legal malpractice relating to the loss of the benefit of a four million dollar settlement; (2) legal malpractice relating to the attorney fee plaintiff paid to Duane Morris, LLP; (3) breach of fiduciary duty; (4) fraudulent misrepresentation; (5) fraudulent concealment; and (6) negligent misrepresentation;

2. That the defendants are **AWARDED** their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

3. That any request for attorney fees and additional costs and expenses **SHALL BE MADE** in the manner prescribed by the law applicable to the request.

DATED at Denver, Colorado, this 14th day of July, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
    Kathleen Finney
    Deputy Clerk

APPROVED BY THE COURT:

Robert E. Blackburn
United States District Judge