**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 13-cv-01105-REB-MJW

EDWARD H. PHILLIPS

      Plaintiff,

v.

DUANE MORRIS, LLP,
JOHN C. HERMAN, and
ALLEN L. GREENBERG,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matter before me is the recommendation concerning costs contained in the magistrate judge's **Report & Recommendation on Defendants' Motion for Review of Clerk's Decision on Taxing of Costs (Docket No. 127) and Plaintiff's Motion for Review of Clerk's Bill of Costs (Docket No. 128)** [#136],[1] filed November 18, 2014. No timely objection having been filed to the recommendation, I review it for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#136]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the magistrate judge's **Report & Recommendation on Defendants' Motion for Review of Clerk's Decision on Taxing of Costs (Docket No. 127) and Plaintiff's Motion for Review of Clerk's Bill of Costs (Docket No. 128)** [#136], filed November 18, 2014, is **APPROVED AND ADOPTED** as an order of this court;

2.  That **Defendant's Motion for Review of Clerk's Decision on Taxing of Costs** [#127], filed October 6, 2014, is **DENIED**;

3.  That **Plaintiff's Motion for Review of Clerk's Bill of Costs** [#128], filed October 6, 2014, is **DENIED**; and

4.  That the clerk of the court is **DIRECTED** to **AMEND** the **Bill of Costs** [#117], filed September 2, 2014, to reduce the amount awarded for expert witness fees by $57,626.86 to $14,585.66, and thus to tax costs in the total amount of $48,087.10 to plaintiff.

Dated December 12, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

2